**No. 40349.**—Protests 310526–G, etc., of J. E. Bernard & Co., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37230 articles in chief value of cellulose filaments were held dutiable at 60 percent under paragraph 31, and artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419 as claimed.

**No. 40350.**—Protests 466766–G, etc., of Camlin Corset Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel fabrics or articles in chief value of artificial silk the same as those passed upon in Abstract 37230 were held dutiable at 60 percent under paragraph 31. Flouncings, allovers, galloons, insertings, and trimmings, embroidered, the same as those passed upon in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809), *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544), and *Glemby's* v. *United States* (13 id. 533, T. D. 41397), and Alençon laces similar to those passed upon in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067) were held dutiable at 75 percent under paragraph 1430.